| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>In Re:<br><br>**Stephen Ferraro,**<br><br>　　　**Debtor,** | **Order Filed on February 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:   19-20685-MBK<br><br>Chapter:    13<br><br>Hearing Date: January 22, 2020<br><br>Judge:    Michael B. Kaplan |

**ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: February 24, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael B. Kaplan_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Page 2**

Secured Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Robert Braverman, Esq.

Property Involved ("Collateral"): 417 3RD Street, Waretown, New Jersey 08758

Relief sought:        ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 3 months from December 1, 2019 through February 1, 2020.

    ■ The Debtor is overdue for 3 payments at $2,009.22 per month.

    Funds Held In Suspense $3.90

    Total Arrearages Due $6,023.76

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on February 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,009.22, subject to periodic adjustments.

    ■ Beginning on February 15, 2020, monthly cure payments shall be made in the amount of $1,003.96 for 6 months with a final cure payment to be rendered on or before July 15, 2020.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ■ Regular monthly payment:    Nationstar Mortgage LLC
    ATTN: Bankruptcy Dept
    PO Box 619094
    Dallas, Texas 75261-9741

    ■ Monthly cure payment:    Nationstar Mortgage LLC
    ATTN: Bankruptcy Dept
    PO Box 619094
    Dallas, Texas 75261-9741

4. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.