UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for UMB Bank, National Association, not in its
individual capacity, but solely as legal title trustee

Case No: 19-20685 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:

Stephen Ferraro

Debtor(s).

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 11/03/2023

/s/ *Denise Carlon*
Denise Carlon
03 Nov 2023, 12:49:46, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 2d2027ddab72c570c6832d7a77489ee8d322a3817336eb91886afb8f04885a3b