Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−20685−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Ferraro
   417 3rd Street
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−2821

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/27/23 at 09:00 AM

to consider and act upon the following:

**58** − Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 417 3RD Street, Waretown, New Jersey 08758. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 23 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I. Objection deadline is 12/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-20685-MBK
Stephen Ferraro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Dec 07, 2023      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Ferraro, 417 3rd Street, Waretown, NJ 08758-3101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Aleisha Candace Jennings
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com

Denise E. Carlon
     on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com

Laura M. Egerman
     on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Michael R. DuPont
    on behalf of Creditor NJ Law & Public Safety Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Phillip Andrew Raymond
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert Braverman
    on behalf of Debtor Stephen Ferraro rbraverman@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

Thomas G. Egner
    on behalf of Debtor Stephen Ferraro tegner@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11