| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-20685 / MBK**

Stephen Ferraro

Petition Filed Date: 05/28/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 11/05/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $782.50 | 89656030 | 03/01/2023 | $782.50 | 90242840 | 04/03/2023 | $782.50 | 90851940 |
| 05/01/2023 | $782.50 | 91406170 | 06/01/2023 | $782.50 | 91953130 | 06/29/2023 | $782.50 | 92444760 |
| 07/27/2023 | $782.50 | 92937230 | 09/01/2023 | $782.50 | 93552300 | 10/03/2023 | $782.50 | 94094550 |
| 11/02/2023 | $782.50 | 94584010 | 12/01/2023 | $782.50 | 95074080 | 01/02/2024 | $782.50 | 95595730 |

**Total Receipts for the Period: $9,390.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $35,921.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephen Ferraro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018 | Priority Creditors | $221.13 | $0.00 | $221.13 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,134.69 | $0.00 | $2,134.69 |
| 3 | UMB BANK, NATIONAL ASSOCIATION<br>»» P/417 3RD ST/1ST MTG/NATIONSTAR | Mortgage Arrears | $28,671.83 | $27,460.50 | $1,211.33 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $212.30 | $0.00 | $212.30 |
| 5 | UMB BANK, NATIONAL ASSOCIATION<br>»» 417 3RD ST/ORDER 2/24/20/NATIONSTAR | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ORDER 8/27/20 | Attorney Fees | $735.00 | $735.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ORDER 12/7/21 | Attorney Fees | $570.00 | $570.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ORDER 8/23/22 | Attorney Fees | $420.00 | $420.00 | $0.00 |
| 6 | UMB BANK, NATIONAL ASSOCIATION<br>»» 417 3RD ST/ATTY FEES 12/28/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ORDER 1/17/24/AMD 1/18/24 | Attorney Fees | $480.00 | $0.00 | $480.00 |

**Chapter 13 Case No. 19-20685 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,921.50 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $32,416.50 | Current Monthly Payment: | $782.50 |
| Paid to Trustee: | $2,787.45 | Arrearages: | $531.00 |
| Funds on Hand: | $717.55 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

