Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 19−20685−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Ferraro
   417 3rd Street
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−2821

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/3/24 at 10:00 AM

to consider and act upon the following:

**73** − Creditor's Certification of Default (related document:63 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I. Objection deadline is 05/22/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/15/24

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court